IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 01-06 Erie |
| | ) |
| MARGARET LEVETO | ) |

**MOTION FOR LEAVE TO FILE A DOCUMENT UNDER SEAL**

AND NOW comes the United States of America by its attorneys, Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania, and Thomas G. Voracek and Rita Genetti Calvin, Trial Attorneys, Tax Division, United States Department of Justice, and respectfully moves the Court to issue an Order directing that the Government's Motion for Sentencing Departure Based on Defendant's Substantial Assistance to Authorities in the above-captioned case, be sealed pending further Order of Court. In support of this Motion, it is respectfully submitted that this Motion contains sensitive information that could jeopardize the defendant's safety.

```
                              Respectfully submitted

                              MARY BETH BUCHANAN
                              United States Attorney

                              s/Thomas G. Voracek
                              THOMAS G. VORACEK
                              Trial Attorney
                              Tax Division
                              U.S. Department of Justice
                              AZ ID No. 010127

                              s/Rita Genetti Calvin
                              RITA GENETTI CALVIN
                              Trial Attorney
                              Tax Division
                              U.S. Department of Justice
                              VA ID No. 32476
```