IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 01-6 Erie |
| | ) | |
| | ) | |
| DANIEL LEVETO | ) | (18 U.S.C. § 371 |
| MARGARET LEVETO | ) | 26 U.S.C. § 7206(1)) |
| DONALD TURNER | ) | |
| a/k/a DON WOOD | ) | |

ORDER

THIS MATTER having come before the Court on the motion of the United States of America, by Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania, and Thomas G. Voracek and Rita Genetti Calvin, Trial Attorneys, Tax Division, United States Department of Justice, it is hereby ORDERED that on this __12th__ day of October, 2005, that:

1) The name MARGARET LEVETO is withdrawn as a named defendant under Count One of the Indictment at Criminal No. 01-6, Erie;

2) All references to the name MARGARET LEVETO will be replaced with the term "unnamed co-conspirator" under Count One of the Indictment at Criminal No. 01-6, Erie;

3) Counts 4 and 5 of the Indictment at Criminal No. 01-6, Erie, are dismissed.

*[signature: Maurice B. Cohill, Jr.]*
MAURICE COHILL
United States District Judge

Date: *October 12, 2005*