## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | CRIMINAL NO. 01-6   ERIE |
| V. | : | |
| | : | |
| MARGARET LEVETO, et. al., | : | JUDGE COHILL |
| Defendants. | : | |

## DEFENDANT MARGARET LEVETO'S MOTION TO WITHDRAW MOTION TO AMEND OR MODIFY SENTENCE

Defendant Margaret Leveto, through her counsel, hereby files this motion to withdraw her Motion to Amend or Modify Sentence filed on October 18, 2005.  The reason is that the motion was filed incorrectly at Criminal No. 01-6 instead of Criminal No. 04-31.  Furthermore, it is counsel's understanding that the reason for the motion is moot.

Respectfully submitted,

/s/ John J. Mead_____
John J. Mead, Esquire
Suite 800 Renaissance Centre
1001 State Street
Erie PA  16501
(814)  459-1726

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | CRIMINAL NO. 01-6   ERIE |
| V. | : | |
| | : | |
| MARGARET LEVETO, et. al., | : | JUDGE COHILL |
| Defendants. | : | |

## ORDER

And now, this _____ day of _____, 2005, upon defendant Margaret Leveto's Motion to Withdraw Motion to Amend or Modify Sentence, it is hereby ordered that the motion is granted, and the Motion to Amend or Modify Sentence is dismissed.

_____
United States District Judge